■ DONALD D. MACKEY, Appellant, v. DOMINICK & DOMINICK INCORPORATED, Respondent.— Order, Supreme Court, New York County, entered on July 26, 1974, denying the plaintiff's motion for summary judgment in lieu of complaint, unanimously reversed, on the law, and the motion granted. Appellant shall recover of respondent $60 costs and disbursements of this appeal. The plaintiff seeks five interest payments on a senior capital note. A clause of the note subordinating its interest and principal payments "to the prior payment or provision for payment in full of all claims of all other present and future creditors" is alleged in defense, but the defendant has made no factual averments to establish the applicability of this clause. The single conclusory statement that it is not in a financial position to make payment is not in itself sufficient to create an issue of fact; the facts must be stated in evidentiary form (*Ehrlich* v. *American Moninger Greenhouse Mfg. Corp.*, 26 N Y 2d 255). Settle order on notice. Concur — Kupferman, J. P., Lane, Nunez and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEROY BARNES, Appellant, v. WARDEN, BRONX HOUSE OF DETENTION FOR MEN, Respondent.— Judgment, Supreme Court, Bronx County, entered December 27, 1974, partially sustaining a writ of habeas corpus to the extent of reducing bail from $2,600,000 to $500,000, unanimously modified, on the facts and in the exercise of discretion, to the extent of further reducing bail to $100,000 cash bail or security satisfactory to the court. The relator has demonstrated, *inter alia,* that he has sufficient roots in the community and has appeared in court when required in the two other criminal cases presently pending against him. We have also considered the nature of the offense charged and the penalty which might be imposed (cf. *People ex rel. Gonzalez* v. *Warden, Brooklyn House of Detention,* 21 N Y 2d 18, 25; *Bellamy* v. *Judges & Justices,* 41 A D 2d 196, affd, no opn. 32 N Y 2d 886), and have modified the bail requirement accordingly. Concur — Stevens, J. P., Kupferman, Murphy, Lane and Nunez, JJ.